IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| HOUSING AUTHORITY OF THE CITY OF OMAHA, <br><br> Plaintiff, <br><br> v. <br><br> COMMISSIONER OF INTERNAL REVENUE, <br><br> Defendant. | Case No. 8:05-cv-00346 |

## ORDER

This matter came before the Court for consideration of plaintiff United States of America's Motion to Substitute Attorney (Docket Entry 11).  Having considered the Motion and for good cause shown, it is hereby ORDERED:

1.  That the Motion is GRANTED, and;

2.  That Thomas W. Curteman, Jr., trial attorney with the United States Department of Justice, Tax Division, be substituted for Gregory E. Van Hoey as lead counsel for the United States in this case.

**DATED November 9, 2005.**

                                          **BY THE COURT:**

                                          s/ F.A. Gossett
                                          **United States Magistrate Judge**