IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **HOUSING AUTHORITY OF THE CITY OF OMAHA ,** | ) ) ) | **CASE NO. 8:05CV346** |
| **Plaintiff,** | ) ) | |
| vs. | ) ) | **ORDER OF DISMISSAL** |
| **COMMISSIONER OF INTERNAL REVENUE,** | ) ) ) ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Plaintiff's Motion to Dismiss its Complaint (Filing No. 17). For the reasons stated therein, and because the Defendant's Answer (Filing No. 10) demonstrates that the Defendant has no objection to dismissal, the Complaint will be dismissed, without prejudice.

IT IS ORDERED:

1. Plaintiff's Motion to Dismiss (Filing No. 17) is granted;

2. The Plaintiff's Complaint is dismissed, without prejudice, each party to bear its own costs; and

3. The case shall be terminated for statistical purposes.

DATED this 17th day of February, 2006.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge